UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 24-cr-153 (RDM) |
| ) | |
| ZYLAS HAMILTON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**NOTICE OF APPEARANCE**
**AS SUBSTITUTION OF COUNSEL**

Please enter the appearance of First Assistant Federal Public Defender Michelle Peterson as substitution of counsel for Sonia Fleury on behalf of the defendant, Zylas Hamilton, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MICHELLE M. PETERSON
First Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Shelli_Peterson@fd.org