## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | | |
| **v.** | **:** | **Cr. No. 24-153 (RDM)** |
| | | |
| **ZYLAS HAMILTON,** | **:** | |
| **Defendant.** | **:** | |

_____

### UNOPPOSED MOTION TO CONVERT PLEA HEARING TO VIDEOCONFERENCE

Mr. Hamilton, through counsel, respectfully requests that the Court convert his change of plea hearing scheduled for May 15 in this misdemeanor case to a hearing by video conference. An in-person hearing is not required under the Federal Rules of Criminal Procedure because the only charges in this case are misdemeanors. Mr. Hamilton resides in Georgia. The government has no objection to proceeding in this fashion.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
MICHELLE PETERSON
Chief Assistant Federal Public Defender
Federal Public Defender's Office
625 Indiana Ave, NW, Suite 550
Washington, D.C. 20004
(202) 208-7500
Shelli_Peterson@fd.org