CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 24-CR-153-RDM |
| ) | |
| ZYLAS HAMILTON ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Zylas Hamilton_
Defendant

_Michelle Peterson_
Counsel for Defendant

I consent: _[signature]_
Assistant United States attorney

Approved: _Randolph D. Moss_      Date: May 15, 2024

Randolph D. Moss
United States District Judge